**Motion Granted; Petition for Writ of Mandamus Dismissed as Moot and Opinion filed May 2, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-24-00256-CV**

---

**IN RE HOLMES ROAD RECYCLING COMPANY, INC. AND AMTEX METAL RECYCLERS INC., Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-29676**

---

## MEMORANDUM OPINION

Relators Holmes Road Recycling Company, Inc. and Amtex Metal Recyclers Inc. filed a petition for writ of mandamus. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. Relators ask this court to compel the

Honorable Kristen Hawkins, presiding judge of the 11th District Court of Harris County, to (1) vacate the February 12, 2024 order denying relators' "Motion to Compel Patient First Specialists to Answer *In Re North Cypress* Deposition on Written Questions" and (2) grant relators' "Motion to Compel Patient First Specialists to Answer *In Re North Cypress* Deposition on Written Questions."

Relators have filed an unopposed motion to dismiss this original proceeding as moot because the parties have settled. We grant the motion and dismiss the petition.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.

2